**UNITED STATES of America,**

v.

**Alex VAZQUEZ, Appellant.**

**No. 99–3845.**

United States Court of Appeals, Third Circuit.

Argued Dec. 15, 2000.

Filed March 20, 2001.

Present: BECKER, Chief Judge, SLOVITER, MANSMANN, SCIRICA, NYGAARD, ALITO, ROTH, McKEE, RENDELL, BARRY, AMBRO, FUENTES, and GARTH, Circuit Judges.

## ORDER

A majority of the active judges having voted for rehearing en banc in the above appeal, it is ORDERED that the Clerk of this Court list the above case for rehearing en banc at the convenience of the Court.